Pretzel & Stouffer, for certain appellant, and Wyatt Jacobs, for certain other appellant; Charles E. Heckler, and Robert O. Rooney, of counsel; Miller & Moss, for appellee. Opinion by JUSTICE FEINBERG. **Not to be published in full.** Opinion filed May 21, 1952; released for publication June 6, 1952.

## Adolph E. Swanson, Appellee, v. Chester Johnson Electric Company, Appellant.

## Gen. No. 45,536.

Seago, Pipin, Bradley & Vetter, for appellant; Tom L. Yates, of counsel; Lelivelt & Swidler, for appellee; Ode L. Rankin, of counsel. Opinion by JUSTICE FEINBERG. **Not to be published in full.** Opinion filed May 21, 1952; released for publication June 6, 1952.

182